## "WE EXCEL"

 

# EXCEL CONTRACTING, INC.

## " Excellence is our Standard"

## Company Profile

Excel Contracting, Inc. was conceived in 1992 as a union Heavy-Highway and Utility Contractor. We founded this company based on our motto that **"Excellence is our Standard".** The major objectives in starting this company as guided by our motto was to provide construction customers in our region with the highest quality construction at the most competitive price and to provide an excellent company to be employed by. Our initial goal of providing high quality work was supported by dealing fairly and honestly with each customer, and expecting the same treatment in return. Our goal was, and still is, to develop our reputation as a highly competent and completely honest contractor that would lead to our being welcomed as an interested bidder and repeat supplier of construction services. Our parallel goal was to be the best company in the construction industry to be employed by. We set out to achieve this goal by providing additional incentives to do the best job possible. Hand in hand with this was a total commitment to safety and continuing training to take advantage of the significant technological advances in the construction industry. We felt that if we provided a safe working environment, the most modern methods and tools as well as additional compensation for performing to the next level, we would be able to attract and keep the best of the best as our employees. These philosophies have led to the success we have achieved. One of our greatest assets not reflected in our financial statements is our many quality employees. From the field to the office, our people make the company a success.

We have grown over the years to be a highly regarded construction company. We have developed relationships with our suppliers and clients that are an invaluable part of our success. We are very loyal to the companies that have been a major factor in our success. We started out with less than ten employees and a first year volume of $1.41 million. We currently employ over 25 employees and total annual sales of well over $5.00 million. We have had steady but controlled growth. We have spent well over a million dollars on equipment purchased locally mainly from Ohio CAT. We have a current annual payroll of over one million dollars that goes back into the local economy. We purchase materials and issue subcontracts to local companies well in excess of two million dollars annually. We use Brower Insurance to provide our bonding and insurance needs. We use the local office of Kentner Sellers to perform our accounting and tax preparation services. Our banking services are provided locally by Key Bank.

We have utilized new technologies to become more efficient and increase sales with no appreciable increase in overhead. We have a state of the art computerized estimating and accounting system that was purchased early and has developed to provide accurate estimates and valuable financial information. It has been a long development process, but we now have fewer people working in the office than we did three years ago and we perform a significantly higher volume of work. We have implemented some of the most advanced tools and software available to the construction industry and found the investment to be well worthwhile. This investment in technology creates a significant value for the customer in a project constructed to a higher tolerance at a lower cost. We continue our efforts to be more cost effective to the

client while striving for a higher profit margin for our company. This is truly a win-win situation.

We are very proud of the Company we have built. We have performed many projects locally that have benefited the public as well as local businesses. We have never failed to complete a project to the satisfaction of the owner. We have received many compliments on the quality of our work as well as the skills of our employees. We seek to minimize any inconvenience to local residents and the public in the performance of our work. We continue to have high standards that more often than not exceed the minimum specified requirements. We have earned the respect of our clients as well as our competitors. We have the goal of continuing to raise the standards by which contractors are judged. This has led to a lot of repeat business and our continued success. We are not content to maintain the status quo but continually strive to improve. We have many letters on file from earlier in our business history that reflects our commitment to our goals. Upon your request we can provide many additional local references.

Jerry L. Massie, President

## Contact Information

**Telephone**
  937-864-2811
**FAX**
  937-864-2317
**Postal address**
  P.O. Box 311 Enon, OH 45323
**Electronic mail**
  General Information: jerrym@excelcontracting.com
  Webmaster: jerrym@excelcontracting.com



**Send mail to jerrym@excelcontracting.com with questions or comments about this web site.**
**Copyright © 2005 Excel Contracting, Inc.**
**Last modified: 10/08/06**